FILED
August 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    VJP
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DR:25-CR-01991-AM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § | **INDICTMENT** |
| | § § | [COUNT 1: 18 U.S.C. § 111(a)(1) & (b): |
| AARON SOTO-CASTRO, | § § § | Assaulting, Resisting or Impeding Certain Officers or Employees.] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1) & (b)]

On or about July 20, 2025, in the Western District of Texas, Defendant,

AARON SOTO-CASTRO,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol agent J.M. (initials), who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, and the intent to commit another felony, and in the commission of said acts, Defendant inflicted bodily injury to said agent all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

A TRUE BILL.



FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: *Wayne Gay for*
TYLER FLEMING
Assistant United States Attorney